Giles E. **BULLOCK** and Katharine D. Bullock, Petitioners,

v.

**COMMISSIONER OF INTERNAL REVENUE**, Respondent.

The E. C. **BROWN COMPANY**, Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE**, Respondent.

Nos. 119–122, Dockets 24596–24599.

United States Court of Appeals Second Circuit.

Argued March 13, 1958.

Decided April 7, 1958.

PER CURIAM.

The issues presented to the Tax Court turn essentially on the resolution of questions of fact. In his opinion, 26 T.C. 276, Judge Kern has carefully analyzed all the problems; his findings of fact are certainly not clearly erroneous and his conclusions are justified. We affirm on his opinion.

Richard M. Buxbaum, Rochester, N. Y. (Frederick Thompson, Rochester, N. Y., on the brief), for petitioners.

Sheldon I. Fink, Atty., Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson and Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

